Burgess, administratrix, v. Bugbee & trustee.

MARY N. C. BURGESS, administratrix, *vs.* HENRY BUGBEE & trustee.

A common count on an account annexed will give jurisdiction, although no account is annexed nor any bill of particulars filed with the writ when the action is entered; and is amendable by annexing such a bill.

TRUSTEE PROCESS, begun before a justice of the peace. The declaration set forth that the defendant owed the plaintiff a certain sum of money according to an account annexed. But no account was annexed; nor any bill of particulars filed with the writ when the action was entered, as directed by the Gen. Sts. *c.* 129, § 10. The justice overruled a motion of the defendant to dismiss the action for that reason; gave the plaintiff leave, against the defendant's objection, to file a bill of particulars, which was done; and on the trial gave judgment for the plaintiff. In the superior court, upon appeal, the defendant renewed his motion to dismiss the action for the same reason; and it was

again overruled. The jury found for the plaintiff; and the de-
fendant alleged exceptions.

*J. G. Sproat*, for the defendant.

*E. Robinson*, for the plaintiff.

CHAPMAN, C. J. When the writ was entered, the declaration
consisted of a count on an account annexed, but without a bill
of particulars. Such a count was amendable by annexing a
bill of particulars, before the existence of the practice act. *Tar-
bell* v. *Dickinson*, 3 Cush. 345. But the power of courts to allow
amendments has since been much extended. Gen. Sts. *c.* 129,
§§ 40–42. The declaration was sufficient to give the justice
jurisdiction; and, having jurisdiction, he was authorized to al-
low the amendment. *Exceptions overruled.*